APPEAL No. 74-277. THE CONSTITUTIONAL RIGHT TO LIFE COMMITTEE *et al. v.* JOSEPH E. CANNON, *Director of Health et al.* Motion of plaintiffs to reargue denied. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Joseph Palumbo, Jr.,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for defendants.

APPEAL No. 75-99. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion of defendant to reargue denied. *James P. Flynn,* for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for defendant.

APPEAL No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. Motion of petitioner to remand the case to the Family Court sitting at Newport County granted solely for the purpose of a hearing on payment of the electric bill set forth in the motion, and, after hearing, the papers in this case shall be returned immediately to this court. *Breslin, Sweeney & Gordon, Robert H. Breslin, Jr.,* for petitioner. *George Ajootian,* for respondent.

APPEAL No. 76-49. IN THE MATTER OF IRVING NARDOLILLO. Motion of appellee to extend the time for filing his brief granted. Said brief will be filed on or before October 30, 1976. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Asst. Attorney General, for appellant. *Richard P. D'Addario, Rhode Island Legal Services, Inc.,* for appellee.

APPEAL No. 76-71. DONAT CASAVANT *et al. v.* HAZEL CAMPO-PIANO *et al.* Motion of plaintiffs to dismiss defendants' appeal for failure to file a brief denied as being moot. *Almonte, Lisa & Pisano, Carl B. Lisa,* for plaintiffs. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for defendants.

APPEAL No. 76-121. TOWN OF WEST GREENWICH *et al. v.* STEPPING STONE ENTERPRISES, L. T. D. *et al.* Motion of plaintiffs to dismiss for failure to file a brief denied as being moot. *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Aram K. Berberian,* for defendants.